IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 5:12-cv-02240 EJD |
| Plaintiff(s), | **ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |
| v. | |
| TINA L. NGUYEN, et. al., | |
| Defendant(s). | |

Having considered the parties joint statement (see Docket Item No. 17) and good cause appearing therefor, the hearing on the Order to Show Cause issued June 14, 2013, previously scheduled for July 26, 2013, is CONTINUED to **August 16, 2013, at 10:00 a.m.** On or before **August 9, 2013**, the parties shall file an updated joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **August 9, 2013.**

**IT IS SO ORDERED.**

Dated: July 22, 2013

EDWARD J. DAVILA
United States District Judge